| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978, |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PREGERSON, HARRY | United States Court of Appeals for the Ninth Circuit | May 14, 2004 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge | ___ Nomination, Date _____  ___ Initial  X  Annual  ___ Final | January 1, 2003-- December 31, 2003 |

**7. Chambers or Office Address**
21800 Oxnard Street
Suite 1140
Woodland Hills, CA 91367

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member | Marine Corps Reserve Officers Assoc. |
| 2 Member | Advisory Board, Childhelp USA |
| Member | Community Relations Committee, Jewish Federation Council of Greater Los Angeles |
| 3 Member | Board of Directors, Metropolitan Div., The Salvation Army |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED
MAY 21 11 11 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1  2003 | State of California Judge's Retirement System | $ 13,635. |
| 2  2003 | GGWH LLC | $ 18,000. |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount net required except for honoraria)

☐ NONE (No reportable non-investment income.)

| 1  2003 | Los Angeles Community College District | |
|---|---|---|
| 2 | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | G. Glazer, Los Angeles, CA | Loan in connection with acquisition of Limited Partnership interest in Penn Cal Investors, a California Limited Partnership | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 U-Haul International Inc. | B | Rent | J | T | | | | | |
| 2 Condominium in Palm Desert, CA (1979) | C | Rent | M | T | | | | | |
| 3 Lot ▓ Oxnard Shores CA (1964) | | None | O | T | | | | | |
| 4 Lot ▓ Oxnard Shores CA (1964) | | None | O | T | | | | | |
| 5 Part of Lot ▓ Woodland Hills, CA | | None | N | T | | | | | |
| 6 (1963) | | | | | | | | | |
| 7 Part of Lot ▓ Woodland Hills, CA | | None | N | T | | | | | |
| 8 (1979) | | | | | | | | | |
| 9 Part of Lot ▓ Woodland Hills, CA | | None | N | T | | | | | |
| 10 (1984) | | | | | | | | | |
| 11 Limited Partnership Interest, Penn Cal | G | Rent | P1 | W | | | | | |
| 12 Investors, a Calif. Limited Partnership | | | | | | | | | |
| 13 MFS/Sun Life (U.S.) Annuity Fund | D | Int | O | T | | | | | |
| 14 Minnesota Life Ins. Single Payment Annuity | C | Int | L | T | | | | | |
| 15 (Non-Qualified) | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

-3-

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| IRA ACCT.--Wachovia Securities | | | | | | | | | |
| Wachovia Command Money Fund | A | Div | K | T | | | | | |
| Microsoft Corp. Wash | A | Div | K | T | | | | | |
| Money Mart Assets Class A (formerly Command Money A Class) | A | Int | J | T | | | | | |
| IRA ACCT.--Wachovia Securities | | | | | | | | | |
| Money Mart Assets Class A (formerly Command Money Fund) | A | Int | J | T | | | | | |
| Microsoft Corp. Wash | A | Div | K | T | | | | | |
| Washington Mutual Bank | C | Int | M | T | | | | | |
| Newhall Ld. & Farming Co. Calif. Dept. RCPT for L P Units Stock | A | Div | K | T | | | | | |
| Bonds--Alliance Real Estate Investment Fund | A | Int | K | T | | | | | |
| Money Mart Assets Class A (formerly Command Money Fund) | A | Int | K | T | | | | | |
| Bonds--Blackrock Municipal Target Term Trust PSI Makes Market | B | Int | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000

2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

-4-

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PREGERSON, HARRY | 5/14/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Bonds--Palomar Pomerado Health Sys Calif. Rev. | A | Int | J | T | | | | | |
| 2 Janus Twenty Fund | A | Div | K | T | | | | | |
| 3 Janus Special Equity Fund (Janus Special | | None | L | T | Merger | 2/27 | | | |
| 4 Situation Fund merged into Janus Special | | | | | | | | | |
| 5 Equity Fund) | | | | | | | | | |
| 6 Janus Mercury Fund | | None | L | T | | | | | |
| 7 Janus Olympus Fund | | None | L | T | | | | | |
| 8 Centennial Money Mkt TR (formerly Great | A | Div | J | T | | | | | Agent changed brokerage on |
| 9 Hall Prime (GHP) | | | | | | | | | 1/17/01-thereby name change |
| 10 Cisco SYS Inc. Stock | | None | J | T | | | | | |
| 11 Worldcom Inc. GA new | | None | J | T | | | | | |
| 12 Schlumberger LTD Stock | A | Div | J | T | | | | | |
| 13 Wyeth | A | Div | J | T | | | | | |
| 14 Yahoo Inc. Stock | | None | J | T | | | | | |
| 15 Time Warner, Inc. (formerly AOL Time | | None | J | T | | | | | |
| 16 Warner Inc.) | | | | | | | | | |
| 17 Sun Microsystems Inc. | | None | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000

2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

-5-

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| PREGERSON, HARRY | 5/14/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Transocean Inc. Ordinary Shares | A | Int | J | T | | | | | |
| 2 Franklin Strategic Ser Franklin Biotechnology | | None | J | T | | | | | |
| 3 Discovery Fund Class A | | | | | | | | | |
| 4 Smith Barney Mu i FDS CA Money Mkt | A | Div | J | T | | | | | |
| 5 Nuveen INSD Calif. Select Tax Free | | None | J | T | Partial Sell | 12/15 | J | | |
| 6 Income Portfolio SBI | | | | | | | | | |
| 7 Alliance Real Estate Investment Fund Cl B | B | Div | K | T | | | | | |
| 8 Smith Barney Aggressive Growth Fund Cl B | A | Div | K | T | | | | | |
| 9 Smith Barney Appreciation Fund Cl B | A | Div | K | T | | | | | |
| 10 Citigroup, Inc. | A | Div | K | T | | | | | |
| 11 Microsoft Corp. | | None | K | T | | | | | |
| 12 Lucent Technologies Inc. | A | Div | J | T | | | | | |
| 13 Avaya Inc. | | | | | Sell | 12/17 | J | | |
| 14 Microsoft Corp. Wash PSI Makes Mkt | A | Div | K | T | Buy | 3/6 | J | | |
| 15 Centennial Money Mkt TR | A | Div | J | T | Buy | 3/6 | J | | |
| 16 H.B. Mesa Trust | D | Dist. | L | W | | | | | |
| 17 Hewlett Packard Co. | A | Int | J | T | Buy | 8/21 | J | | |
| | | | | | Buy | 11/25 | J | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1,D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

-6-

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | PREGERSON, HARRY | 5/14/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Evergreen U.S. Govt. Money Mkt Fund Cl B | | None | | | Sell | 9/25 | J | | |
| 2 Bond-Gulf Power Co. 6% 1-30-2002 Sr NOTES- AMBAC Insured | A | Int | | | Redeem | 6/28 | J | | |
| 3 | | | | | | | | | |
| 4 Alliance Bernstein Value Fund | | None | K | T | Partial Sell | 8/18 | K | | |
| 5 Janus Strategical Value Fund | | None | J | T | | | | | |
| 6 World Savings Bank | B | Int | L | T | Open | 1/13 | L | | |
| 7 Nuveen Preferred & Conv Income Fund 2 | | None | J | T | Buy | 6/25 | J | | |
| 8 Travelers PPTY Cas Corp Class A | | None | J | T | Spin Off | 8/26/02 | | | Spin off-- Citigroup, Inc. |
| 9 | | | | | | | | | Oversight--not reported in 2002 |
| 10 | | | | | | | | | |
| 11 Travelers PPTY Cas Corp Class B | | None | J | T | Spin Off | 8/26/02 | | | Spin off-- Citigroup, Inc. |
| 12 | | | | | | | | | Oversight--not reported in 2002 |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

-- 7 --

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NOTE: We have tried to keep all items in Section VII. listed in the same order as previous report with new items being placed at the end of the list. The exception is the IRA accounts--buy and sell in the IRA accounts has remained within the IRA account setup.

Section I.   POSITIONS   (cont.)

        Board of Trustees, Devil Pups, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓        Date   May 14, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544